GLORIA GOMES, Respondent, v. WILLSON & ADAMS COMPANY, Appellant.— Judgment of the City Court of Mount Vernon in an action to recover damages because of injuries sustained by reason of defective stairs, and order denying motion to set aside the verdict and for a new trial, reversed on the law and the facts and a new trial ordered, costs to appellant to abide the event, on the ground that the verdict is against the weight of the evidence on the question of negligence, it not being clear as to the cause or manner of plaintiff's fall on the stairs. Appeal from order denying motion to set aside the verdict and for a new trial on the ground that the verdict was inconsistent and contrary to law dismissed. Hagarty, Scudder and Davis, JJ., concur; Lazansky, P. J., and Kapper, J., dissent and vote to affirm.

FANNIE GREEN, as Executrix, etc., Substituted in Place of CHARLES GREEN, Respondent, v. CELIA MILLSTEIN, Defendant, Impleaded with CONEY ISLAND LAUNDRY CORPORATION, Appellant.— Action by an executrix to recover for expenses incurred by her testator for medical treatment of his son, a minor, who was injured as the result of negligence in the operation of a motor car driven by appellant's servant. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

LEON GREEN, Respondent, v. CELIA MILLSTEIN, Defendant, Impleaded with CONEY ISLAND LAUNDRY CORPORATION, Appellant.—Action by plaintiff to recover damages for personal injuries sustained by him as the result of a collision at intersecting streets between a motor car owned by appellant and operated by its servant, in which car plaintiff was riding by invitation of the servant, and an automobile owned by defendant Millstein. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

AUGUST E. HANSEN and Another, Respondents, v. REUBEN BERNSTEIN and Another, Appellants.— Judgment for plaintiffs awarding damages for injuries sustained in the collision of automobiles at intersection of streets, and order denying motion to set aside the verdict and for a new trial, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.